<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6924**

———————

ADAM GRIMES, III,

Petitioner - Appellant,

versus

COMMONWEALTH OF VIRGINIA,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CA-02-183)

———————

Submitted: September 4, 2002      Decided: September 18, 2002

———————

Before WIDENER, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Adam Grimes, III, Appellant Pro Se.  Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Adam Grimes, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Grimes has not made a substantial showing of the denial of a constitutional right. See Grimes v. Commonwealth of Virginia, No. CA-02-183 (E.D. Va. May 22, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2